# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                              NO.  4:05CR00305 SWW

JASON CHRISTOPHER CALICOTT, ET AL

### ORDER

The indictment in this matter was filed on December 7, 2005, against forty (40) defendants, two of which have entered guilty pleas, and this matter is set for jury trial on September 11, 2006. Due to the Court's trial calendar and summer vacation, as well as possible vacations and schedules of the parties and/or counsel involved in this case, the Court is becoming concerned about its availability in scheduling a large number of guilty pleas that may be accepted prior to the trial date.

Therefore, the Court advises counsel for all parties that, if it is the desire of any defendant to schedule a hearing to enter a guilty plea, *which must be accomplished prior to the scheduled trial date*, he or she should request such hearing as soon as possible and keep in mind that the Court must schedule such hearings around trials and other hearings that have been scheduled previously. Further, if there are unresolved issues, the parties should notify the Court well in advance of the trial date to request any required hearing.

The Court may be inclined to hold court on a Saturday prior to the trial date, if it becomes necessary.

IT IS SO ORDERED this 25th day of May, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE